```
                    IN THE UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF GEORGIA
                          COLUMBUS DIVISION


ZACHARY BOUVIER TAYLOR,              *

        Petitioner,                  *

vs.                                  *
                                          CASE NO. 4:08-CV-120 (CDL)
CYNTHIA NELSON, Warden,              *

        Respondent.                  *
```

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 20, 2008 is hereby approved, adopted, and made the Order of the Court insofar as it recommends that Petitioner's Application for Federal Writ of Habeas Corpus be denied.

The objection of the Petitioner has been considered and is found to be without merit.

IT IS SO ORDERED, this 31st day of December, 2008.


                                    S/Clay D. Land
                                         CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE