IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ZACHARY BOUVIER TAYLOR, | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 4:09-CV-120 (CDL) |
| CYNTHIA NELSON, Warden, | * |
| Respondent. | * |

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 9, 2010 is hereby approved, adopted, and made the Order of the Court to the extent that the Report and Recommendation recommends dismissal of Petitioner's applications for habeas corpus relief.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 14th day of September, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE